IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:13-CR-221-FDW |
|---|---|---|
| v. | ) | |
| (1) HERBERT JACKSON | ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of the case. Because this matter is set for trial on January 6, 2014 before Chief Judge Whitney, and because there may remain a question regarding the Defendant's competency to proceed, the Court will require that the Defendant file a status report in this matter on or before **December 6, 2013**. Based on this status report, the undersigned will determine what further pretrial proceedings are required.

**SO ORDERED**.

Signed: November 22, 2013

David C. Keesler
United States Magistrate Judge

1